UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT FRANKFORT

**CIVIL ACTION NO. 18-64-DLB**

**DIANA L. GRAY**                      **PLAINTIFF**

**v.**              <u>**JUDGMENT**</u>

**ANDREW SAUL, Commissioner**
**of the Social Security Administration**           **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

(1)    The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)    Plaintiff Diana L. Gray's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3)    This action is **DISMISSED** and **STRICKEN** from the Court's active docket.

This is a final and appealable order and no just cause for delay exists.

This 25th day of September, 2019.



Signed By:
<u>David L. Bunning</u> DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Frankfort\18-64 Gray Judgment.docx